|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| TRACY R. MITCHUSSON,<br><br>    Plaintiff<br><br>v.<br><br>MTC FINANCIAL, INC., et al.,<br><br>    Defendants | Case No.: 2:19-cv-00585-APG-BNW<br><br>**Order Granting Motion for Expedited Hearing**<br><br>[ECF No. 16] |

Plaintiff Tracy Mitchusson, as trustee for The Tracy R. Mitchusson Trust dated 11/24/1999, moves for an injunction to stop a non-judicial foreclosure sale schedule for June 7, 2019. She requests expedited treatment given the upcoming sale. Mitchusson did not follow the Local Rules for emergency motions. LR 7-4. Nevertheless, given the importance of the issues and the short time frame, I will grant the motion for expedited treatment.

IT IS THEREFORE ORDERED that plaintiff Tracy Mitchusson's motion for expedited hearing **(ECF No. 16) is GRANTED**.

IT IS FURTHER ORDERED that the defendants may file a response to the motion for injunction (ECF No. 15) by 12:00 p.m. on Tuesday, June 4, 2019.

IT IS FURTHER ORDERED that plaintiff Tracy Mitchusson's motion for injunction (ECF No. 15) is **set for hearing on Wednesday, June 5, 2019 at 2:30 p.m. in Las Vegas courtroom 6C**.

IT IS FURTHER ORDERED that if the defendants agree to postpone the sale, the expedited briefing schedule may be modified and the hearing date moved to allow for more fulsome briefing of the issues.

/ / / /

IT IS FURTHER ORDERED that in light of the short time frames involved, the clerk of court is instructed to send a copy of this order to plaintiff Tracy Mitchusson both at the physical address on file and by email at whiteglove@lvcoxmail.com.

DATED this 30th day of May, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE