DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
**AKERMAN LLP**
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Bayview Loan Servicing, LLC,
MTC Financial Inc., and BoNYM*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRACY R. MITCHUSSON, Trustee of the Tracy R. Mitchusson Trust dated 11/24/1999,<br><br>Plaintiff,<br><br>v.<br><br>MTC FINANCIAL INC. dba TRUSTEE CORPS; BANK OF NEW YORK MELLON; BAYVIEW LOAN SERVICING, LLC, and DOES 1-5, inclusive<br><br>Defendants. | Case No.: 2:19-cv-00585-APG-PAL<br><br>**STIPULATION AND ORDER REGARDING EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AND MOTION FOR EXPEDITED HEARING [ECF No. 15, 16]** |

Defendants Bayview Loan Servicing, LLC, MTC Financial Inc, dba Trustee Corps (**MTC**) and Bank of New York Mellon, as Trustee for the Certificateholders of the CWALT, Inc. Alternative Loan Trust 2005-J1, Mortgage Passthrough Certificates, Series 2005-J1 (**BoNYM**), and Plaintiff Tracy R. Mitchusson, as trustee of the Tracy R. Mitchusson Trust dated 11/24/1999, stipulate that the emergency motion for a preliminary injunction and motion for an expedited hearing [ECF No. 15, 16], filed on May 30, 2019 has been rendered partially moot, as follows:

1. Defendants stipulate and agree, as communicated to Plaintiff on May 29, 2019, that the foreclosure sale scheduled on June 7, 2019 will be continued for at least thirty (30) days, to allow the parties to continue their settlement discussions. The foreclosure sale will not go forward on June 7, 2019.

2. Therefore, the parties request the briefing schedule on the motion and the hearing on the motion be CONTINUED.

3. To the extent the parties are unable to resolve this matter, the parties agree Defendants shall file a response to Plaintiff's motion for a preliminary injunction on or before June 14, 2019, and Plaintiff shall file a reply supporting her motion on or before June 21, 2019.

4. The parties agree the court shall continue the hearing on Plaintiff's motion to a time convenient for the court after June 21, 2019, to be vacated if the parties reach an agreement.

Dated this 31st day of May, 2019.

| AKERMAN LLP<br><br>/s/ *Jamie K. Combs*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No.<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Bayview Loan Servicing, BoNYM, and MTC Financial, dba Trustee Corps* | TRACY R. MITCHUSSON<br>2764 N. Green Valley Pkwy<br>Henderson, NV 89014<br><br>*Pro Se* |
|---|---|

## ORDER

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE
Dated: June 3, 2019.

49052419;1