# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRACY R. MITCHUSSON,<br><br>　　　Plaintiff<br><br>v.<br><br>MTC FINANCIAL, INC., et al.,<br><br>　　　Defendants | Case No.: 2:19-cv-00585-APG-BNW<br><br>**Order Vacating Hearing and Setting Deadline for Status Report** |

Based on the defendants' response (ECF No. 25) indicating that the sale has been cancelled and the parties are discussing settlement,

IT IS ORDERED that the hearing for **Wednesday, July 3, 2019 at 8:30 a.m.** in Las Vegas courtroom 6C is **VACATED.**

IT IS FURTHER ORDERED that the parties shall file a joint status report on or before July 15, 2019. If no settlement has been reached by that date, the parties shall include in the status report a proposed briefing schedule and hearing date for the preliminary injunction.

DATED this 17th day of June, 2019.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE