DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
**AKERMAN LLP**
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Bayview Loan Servicing, LLC,
MTC Financial Inc., and BoNYM*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRACY R. MITCHUSSON, Trustee of the Tracy R. Mitchusson Trust dated 11/24/1999,<br><br>Plaintiff,<br>v.<br><br>MTC FINANCIAL INC. dba TRUSTEE CORPS; BANK OF NEW YORK MELLON; BAYVIEW LOAN SERVICING, LLC, and DOES 1-5, inclusive<br><br>Defendants. | Case No.: 2:19-cv-00585-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE/REPLY DEADLINE RE: ECF No. 39, 40**<br><br>[FIRST REQUEST] |

Bayview Loan Servicing, LLC (**Bayview**), MTC Financial Inc, dba Trustee Corps (**MTC**) and Bank of New York Mellon, as Trustee for the Certificateholders of the CWALT, Inc. Alternative Loan Trust 2005-J1, Mortgage Passthrough Certificates, Series 2005-J1 (**BoNYM**) and Tracy R. Mitchusson, as trustee of the Tracy R. Mitchusson Trust dated 11/24/1999, submit this Stipulation and Order to Extend Response/Reply Deadline re: ECF No. 39, 40 (First Request).

Plaintiff filed a motion for declaration that non-judicial foreclosure was illegal and to voluntarily dismiss the case on November 12, 2019. ECF No. 38.

51165196;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Defendants filed a response to the motion, and a countermotion for summary judgment on November 26, 2019. ECF No. 39, 40.

Plaintiff's deadline to file a reply supporting her motion was due on December 3, 2019. Plaintiff's current deadline to oppose defendant's countermotion is December 17, 2019.

In light of various circumstances, including a delay in receipt of the filings by Plaintiff, ongoing medical issues, and the holidays, the parties agree to extend Plaintiff's deadline to file a reply supporting the motion and a response to Defendants' countermotion through **January 3, 2020.**

The parties make this request in good faith and not for the purpose of delay.

Dated this 17th day of December, 2019.

| **AKERMAN LLP** | |
|---|---|
| */s/ Jamie K. Combs*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No.<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorneys for Bayview Loan Servicing, BoNYM, and MTC Financial, dba Trustee Corps* | */s/ Tracy R. Mitchusson*<br>TRACY R. MITCHUSSON<br>2764 N. Green Valley Pkwy<br>Henderson, NV 89014<br>*Pro Se* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: December 18, 2019.

51165196;1