DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
**AKERMAN LLP**
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Bayview Loan Servicing, LLC,
MTC Financial Inc., and BoNYM*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRACY R. MITCHUSSON, Trustee of the Tracy R. Mitchusson Trust dated 11/24/1999, <br><br> Plaintiff, <br> v. <br><br> MTC FINANCIAL INC. dba TRUSTEE CORPS; BANK OF NEW YORK MELLON; BAYVIEW LOAN SERVICING, LLC, and DOES 1-5, inclusive <br><br> Defendants. | Case No.: 2:19-cv-00585-APG-PAL <br><br> **STIPULATION AND ORDER TO EXTEND RESPONSE/REPLY DEADLINE RE: ECF No. 39, 40** <br><br> [SECOND REQUEST] |

Bayview Loan Servicing, LLC (**Bayview**), MTC Financial Inc, dba Trustee Corps (**MTC**) and Bank of New York Mellon, as Trustee for the Certificateholders of the CWALT, Inc. Alternative Loan Trust 2005-J1, Mortgage Passthrough Certificates, Series 2005-J1 (**BoNYM**) and Tracy R. Mitchusson, as trustee of the Tracy R. Mitchusson Trust dated 11/24/1999, submit this Stipulation and Order to Extend Response/Reply Deadline re: ECF No. 39, 40 (Second Request).

Plaintiff filed a motion for declaration that non-judicial foreclosure was illegal and to voluntarily dismiss the case on November 12, 2019. ECF No. 38.

51285852;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Defendants filed a response to the motion, and a countermotion for summary judgment on November 26, 2019. ECF No. 39, 40.

Plaintiff's original deadline to file a reply supporting her motion was due on December 3, 2019. Plaintiff's original deadline to oppose defendant's countermotion is December 17, 2019.

On December 17, 2019, the parties submitted a stipulation extending the deadline for Plaintiff to file her reply and opposition to **January 3, 2020.** ECF No. 43. The court approved the stipulation on December 18, 2019. ECF No. 44.

In light of the recent holidays and renewed settlement discussions between the parties, the parties agree to extend Plaintiff's deadline to file a reply supporting the motion and a response to Defendants' countermotion by one week, to **January 10, 2020.**

The parties make this request in good faith and not for the purpose of delay.

Dated this 3rd day of January, 2020.

| **AKERMAN LLP**<br><br>*/s/ Jamie K. Combs*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No.<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorneys for Bayview Loan Servicing, BoNYM, and MTC Financial, dba Trustee Corps* | */s/ Tracy R. Mitchusson*<br>TRACY R. MITCHUSSON<br>2764 N. Green Valley Pkwy<br>Henderson, NV 89014<br>*Pro Se* |
|---|---|

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: January 6, 2020.

51285852;1