# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRACY R. MITCHUSSON, | Case No.: 2:19-cv-00585-APG-BNW |
| Plaintiff | **Order Denying Pending Motions as Moot** |
| v. | [ECF Nos. 37, 38, 40, 49, 50] |
| MTC FINANCIAL, INC., et al., | |
| Defendants | |

In light of the parties' notice that they have settled this matter in full (ECF No. 51),

I ORDER that all pending motions **(ECF Nos. 37, 38, 40, 49, 50) are DENIED as moot.**

DATED this 16th day of January, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE